IN THE UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**SHEILA RAGLAND et al.**                                                                 **PLAINTIFF**

v.                                                                           **CAUSE NO. 3:22-cv-069-DPJ-FKB**

**CITY OF JACKSON et al**                                                              **DEFENDANTS**

## NOTICE OF SERVICE OF INITIAL DISCLOSURES

COMES NOW Defendants Anthony Thompson and Eneke Smith, in their individual capacity, by and through counsel, who hereby notices that Initial Disclosures pursuant to Fed.R.Civ.P. 26(a)(1) and L.U.Civ.R. 26(a)(1)(A), were served via U.S. Mail, postage prepaid, to the plaintiff at the following address:

> Ms. Sheila Ragland
> 2738 Pinedale Street
> Jackson, MS 39204

Respectfully submitted this the 20th day of February, 2023,

By:   s/ *Francis S. Springer*
Attorney for
Anthony Thompson and
Eneke Smith

FRANCIS S. SPRINGER
MS BAR NO. 103974
Springer Law Office, PLLC
213 South Lamar Street
Jackson, Mississippi
Mailing Address:
PO Box 1280
Madison, MS 39130-1280
Phone: 601-605-5004
Fax: 877-605-5004
Email: springerlawoffice@gmail.com

## **CERTIFICATE OF SERVICE**

    I, the undersigned attorney, do hereby certify that I have this date uploaded a copy of the foregoing to the Court's Electronic Filing System which sent notice to the following attorneys of record:

    Hon. Claire Barker
cbarker@jakcsonms.gov
For the City of Jackson

    Hon. Sheridan A. Carr
scarr@jacksonms.gov
For the City of Jackson

    Hon. Michael Cory
mc@dmclaw.net
For Darrell McDuffie
And Darrell Robinson

    Hon. Christian Medina
cmedina@dmclaw.net
For Darrell McDuffie
And Darrell Robinson

    And have sent via U.S. Mail, postage prepaid, a copy of the foregoing to the following person who is not notified by the Electronic Filing System:

    Ms. Shelia Ragland
2738 Pinedale Street
Jackson, MS 39204
For the Plaintiff

    This the 20th day of February, 2023,

    *s/ Francis S. Springer*