UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
CIVIL DIVISION

SHEILA RAGLAND,   )
)
PLAINTIFF,   )
)   CASE NO. 3:22-cv-69-
)   DPJ-FKB
v.   )
)
)
CITY OF JACKSON ET AL.   )
)
DEFENDANTS,

### AFFIDAVIT

1. My name is Sheila Ragland

2. I am the mother of Mario Clark

3. My son Mario was killed by the Jackson, Mississippi police department on February 14, 2019

4. My former attorney claimed she had a conflict of interest with the Jackson Mississippi police department and she could not continue in my case.

5. Since the time she withdrew in late 2022 I have had a very hard time getting a new attorney. I have tried as best as my age and my health will allow.

6. Many attorneys I have talked to are unwilling to go up against the Jackson, Mississippi police department. It has been very hard to find a lawyer.

7. I need lawyers who are not afraid and will help me stand up for justice for my son.

8. I have now found those attorneys and I am happy.

9. I have done the best I can, according to my age and physical condition. I know nothing about court discovery or experts. I know nothing about fighting a case against this City. But I do want justice for my son Mario.

Under the penalty of perjury

*Shelia Ragland*

Sheila Ragland, Mother of Mario Clark

8/14/23