### Re: Agreement to Extension of Time to Respond

trent Walker <trent@trentwalkeresq.com>
Tue 9/12/2023 12:06 PM
To: Sheridan Carr <scarr@jacksonms.gov>
Cc: Malik Shabazz <attorney.shabazz@yahoo.com>; Christian Medina <cmedina@dmclaw.net>; Francis Springer <springerlawoffice@gmail.com>; Michael Cory <mc@dmclaw.net>; Claire Barker <cbarker@city.jackson.ms.us>

Thank you Sheridan.

**From:** Sheridan Carr <scarr@jacksonms.gov>
**Sent:** Tuesday, September 12, 2023 10:28 AM
**To:** trent Walker <trent@trentwalkeresq.com>
**Cc:** Malik Shabazz <attorney.shabazz@yahoo.com>; Christian Medina <cmedina@dmclaw.net>; Francis Springer <springerlawoffice@gmail.com>; Michael Cory <mc@dmclaw.net>; Claire Barker <cbarker@city.jackson.ms.us>
**Subject:** RE: Agreement to Extension of Time to Respond

Trent,

I'll do you one better. The Plaintiffs' original deadline to respond to the City's Motion to Dismiss was today. Accordingly, ten days from today is September 22, 2023. Otherwise, the representations made in your email correspondence correctly reflect our conversation yesterday.

Please feel free to contact me should you have any questions or concerns.

Sincerely,

**OFFICE OF THE CITY ATTORNEY**
Sheridan A. Carr
*Deputy City Attorney*
City of Jackson, Mississippi
P.O. Box 2779
Jackson, Mississippi 39207
C: (769)798-5679
O: (601) 960-1799
F: (601) 960-1756
scarr@jacksonms.gov



*"This message is being sent by the Office of the City Attorney. This message and any files transmitted with it are confidential and/or legally privileged City of Jackson property, and are intended solely for the use of the individual or entity to which it is addressed. If you are*

*not the intended recipient or otherwise have reason to believe that you have received this message in error, you are hereby notified that any distribution, retention, forwarding, printing or copying of this message is strictly prohibited. If you have received this message in error, please notify the original sender or the Office of the City Attorney at (601) 960-1799 immediately by telephone or by return e-mail and delete this message from your computer.*

**From:** trent Walker <trent@trentwalkeresq.com>
**Sent:** Monday, September 11, 2023 9:11 PM
**To:** Sheridan Carr <scarr@jacksonms.gov>
**Cc:** Malik Shabazz <attorney.shabazz@yahoo.com>; Christian Medina <cmedina@dmclaw.net>; Francis Springer <springerlawoffice@gmail.com>; Michael Cory <mc@dmclaw.net>; Claire Barker <cbarker@city.jackson.ms.us>
**Subject:** Agreement to Extension of Time to Respond

Sheridan:

Per our earlier conversation of today, thank you for graciously agreeing to allow the Plaintiff an additional ten days to respond to the City of Jackson's Motion to Dismiss and for Stay of Proceedings. The Plaintiff's Response will now be due on September 21, 2023.

Please call me with any questions.

Sincerely,
Trent Walker