# EXHIBIT "A" – AMR RECORDS



# AMR CENTRAL MS
# PATIENT CARE REPORT

CLARK, MARIO
DOB: 07/02/1987 (31 YEARS)
SEX: MALE
CASE #: 61260939
DOS: 02/15/2019

| SERVICE MODEL AGENCY AMR | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| **FROM:**<br>2739 PINEDALE ST<br>JACKSON, MS 39204<br>(HOME/RESIDENCE)<br>**TO:**<br>CENTRAL MS MEDICAL CENTER<br>1850 CHADWICK DR.<br>JACKSON, MS 39204<br>(HOSPITAL - ED)<br>ROOM/DEPT: HOSPITAL-EMERGENCY DEPARTMENT<br>**DESTINATION DECISION:**<br>PATIENT/FAMILY REQUEST | **CALLER:** LAW ENFORCEMENT<br>**ZONE:** J1<br>**UNIT:** 422<br>**RESPONSE MODE:** LIGHTS AND SIREN<br>**TRANSPORT MODE:** LIGHTS AND SIREN<br>**ALS ASSESSMENT:** AMR EMT-P<br>**DISPOSITION:**<br>TRANSPORTED - TO HOSPITAL ER/ED | **CALL RECEIVED:**<br>**DISPATCHED:**<br>**ENROUTE:**<br>**AT SCENE:**<br>**AT PT SIDE:**<br>**TRANSPORT:**<br>**ARRIVAL:**<br>**CARE TRANS'D:**<br>**AVAILABLE:**<br><br>**SCENE MILES:**<br>**DESTINATION MILES:**<br>**TOTAL MILES:** | 24:28:39<br>24:28:39<br>24:41:36<br>24:47:14<br>24:48:00<br>01:10:41<br>01:14:25<br>01:30:00<br>02:42:00<br><br>0.0<br>4.0<br>4.0 |

## PATIENT DEMOGRAPHICS

**NAME:** CLARK, MARIO
**ADDRESS:** 2739 PINEDALE ST
**CITY, STATE ZIP:** JACKSON, MS 39204
**HOME PHONE:**
**CELL PHONE:**
**EMAIL:**
**SSN:** XXX-XX-4881

**DOB:** 07/02/1987
**AGE:** 31 YEARS
**SEX:** MALE
**ETHNICITY:** BLACK/AFRICAN AMERICAN

**INSURANCE:** NO INSURANCE AVAILABLE    **POLICY:**    **GROUP:**

**RESPONSIBLE PARTY:** CLARK, MARIO
**PHONE:**

## NARRATIVE

**NARRATIVE**
ARRIVED ON SCENE TO FIND PT LAYING ON FLOOR OF LIVING ROOM IN HANDCUFFS. AMR 418 WAS ON SCENE WITH TWO PT. PARAMEDIC RODGERS STATED, PT WAS BEING AGGRESSIVE, FIGHTING WITH COPS, AND RUNNING AND JUMPING ON FURNITURE. RODGERS STATED FAMILY STATED PT CAME HOME WITH FRIEND ACTING DIFFERENT AND AND GOT INTO ALTERCATION WITH STEPFATHER, RODGERS PT. RODGERS GAVE PT 10MG OF GEODON IM. PT WAS NOT RESPONSIVE TO PAINFUL OR VERBAL STIMULUS. PT WAS PICKED UP BY TWO MAN LIFT AND MOVED TO STRETCHER AND SECURED WITH RAILS UP X2 AND BELTS SECURED X5. PT WAS MOVED TO AMBULANCE WITH VITALS TAKEN. PT WAS APNEIC AND PULSELESS, CHEST COMPRESSIONS WAS STARTED. DEFIB PADS WERE PLACED AND SHOWED ASYSTOLE ON MONITOR. ALS TREATMENTS ARE AS CHARTED. BRADY PULSE WAS FELT AND PACING WAS ESTABLISHED AND CAPTURED. SHORTLY AFTER PULSE WAS LOST AND CHEST COMPRESSIONS WERE INIATIED. INTUBATION WAS PERFORMED. PT HAS ANOTHER BRADY PULSE AND ATROPINE WAS GIVEN. PT HAS A SINUS TACHY RYTHM AND PT WAS TRANSPORTED TO MERIT CENTRAL PER CLOSEST HOSPITAL WITHOUT INCIDENT. DURING TRANSPORT PT LOST PULSE AGAIN AND EPI WAS GIVEN AND ROSC OCCURRED. PT WAS MOVED INSIDE AND MOVED TO HOSPITAL BED BY THE DRAWSHEET METHOD WITH NO DIFFICULTIES. PT CARE AND REPORT GIVEN TO RN.

STEVEN DORTCH NRP 4828

## IMPRESSION

**PRIMARY IMPRESSION:** CARDIAC - CARDIAC ARREST

| | |
|---|---|
| | **CLARK, MARIO**<br>**DOB:** 07/02/1987 (31 YEARS)<br>**SEX:** MALE<br>**CASE #:** 61260939<br>**DOS:** 02/15/2019 |

**SECONDARY IMPRESSION:** OTHER - NO SECONDARY IMPRESSION

## HISTORY OF PRESENT ILLNESS

**CHIEF COMPLAINT(S):**

**CHIEF COMPLAINT CATEGORY:** PSYCH/BEHAVIORAL CRISIS

## MEDICAL HISTORY

**HISTORY OBTAINED FROM:** FAMILY
**MEDICAL HISTORY:** PSYCHIATRIC
**ENVIRONMENTAL/FOOD ALLERGIES:** NONE
**MEDICATIONS:** NONE STATED ;
**HAS THE PATIENT TRAVELED OUTSIDE OF THE COUNTRY IN THE LAST 30 DAYS?:** NO

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE ||||  EKG | SPO2 | ETCO2 | BLOOD GLUCOSE | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | E | V | M | TOTAL | | | | | |
| 00:48 | | | | | | | | | | | | 0/10 |
| 00:55 | 131 / 80 (97) | 59 | 0 | 1 | 1 | 1 | 3 | | | | | |
| 00:56 | | | | | | | | | 89% | 7 | | |
| 00:56 | | | | | | | | ASYSTOLE | | | | |
| 00:57 | | | | | | | | | | 11 | | |
| 00:58 | NT | 0 | 12 | 1 | 1 | 1 | 3 | | 44% | 9 | | |
| 00:59 | | | | | | | | | 53% | | | |
| 00:59 | | | | | | | | | 41% | | | |
| 01:04 | NT | 0 | 12 | 1 | 1 | 1 | 3 | | | 41 | | |
| 01:05 | | | | | | | | | 53% | 11 | | |
| 01:06 | 98 / 69 (79) | 67 | 12 | 1 | 1 | 1 | 3 | | | 80 | | |
| 01:09 | 111 / 71 (84) | 61 | 12 | 1 | 1 | 1 | 3 | | | 81 | | |
| 01:11 | | | | | | | | | 78% | 62 | | |
| 01:13 | 176 / 144 (155) | 97 | 12 | 1 | 1 | 1 | 3 | | | 59 | | |
| 01:14 | | | | | | | | | 99% | 56 | | |
| 01:14 | | | | | | | | | | | | 0/10 |

## PHYSICAL FINDINGS

**WEIGHT:** 81.6 KG; 180 LBS

## PHYSICAL ASSESSMENT

**HEAD:** SYMMETRICAL
**NECK:** NO JVD
**CHEST:** SYMMETRIC WITH BILATERAL CHEST RISE
**ABDOMEN:** SOFT, NON-TENDER
**PELVIS:** STABLE
**BACK:** SYMMETRIC
**EXTREMITIES:** FULLY INTACT, PURPOSEFUL MOVEMENT

|  |  |  |
|---|---|---|
| CLARK, MARIO | | |
| **DOB:** 07/02/1987 (31 YEARS) | | |
| **SEX:** MALE | | |
| **CASE #:** 61260939 | | |
| **DOS:** 02/15/2019 | | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | 24:48:00 | DORTCH, 4828, STEVEN,AMR | **LEVEL OF CONSCIOUSNESS** - RESPONDS TO (AVPU): UNRESPONSIVE |
| | 24:48:00 | DORTCH, 4828, STEVEN,AMR | **PAIN SCALE** - 0 ON A SCALE OF 10; DIFFICULTY/CHALLENGES: ALTERED MENTAL STATUS |
| | 24:48:00 | DORTCH, 4828, STEVEN,AMR | **PUPILS** - LEFT PUPIL SIZE (MM): 6 MM; RIGHT PUPIL SIZE (MM): 6 MM |
| | 24:48:00 | DORTCH, 4828, STEVEN,AMR | **SKIN ASSESSMENT** - CAPILLARY REFILL: <2 SECONDS; PINK COLOR; CLAMMY MOISTURE; WARM TEMPERATURE |
| | 24:52:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - OXYGEN** - 15 LPM BVM/SUPRAGLOTTIC AIRWAY; RESULT AFTER: IMPROVED |
| | 24:54:00 | DORTCH, 4828, STEVEN,AMR | **LUNG SOUNDS** - UPPER RIGHT LUNG: ABSENT; UPPER LEFT LUNG: ABSENT; LOWER RIGHT LUNG: ABSENT; LOWER LEFT LUNG: ABSENT |
| | 24:55:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER |
| | | | **VITALS** - BP: 131/80; PULSE: 59; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 0; RESPIRATORY DEPTH: ABSENT; RESPIRATORY EFFORT: ABSENT; PATIENT POSITION: SEMI-FOWLERS; MEAN ARTERIAL PRESSURE: 97 |
| | 24:56:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 89% ON ROOM AIR; COMMENTS: INITIAL RHYTHM (FROM LIFEPAK 'WIRED' MONITOR) |
| | 24:56:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 7; COMMENTS: INITIAL RHYTHM (FROM LIFEPAK 'WIRED' MONITOR) |
| | 24:56:00 | DORTCH, 4828, STEVEN,AMR | **EKG/ECG** - INDICATION: CARDIAC ARREST; TYPE: PATCHES/PADDLES; CLINICIAN INTERPRETATION: ASYSTOLE; EKG TRANSMITTED: YES |
| | 24:56:00 | CLOUD,5075, BRETT,AMR | **CHEST COMPRESSION** - INDICATION: CARDIAC ARREST; TYPE: MANUAL; RESULT AFTER: IMPROVED |
| | 24:57:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 11; COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) |
| | 24:57:00 | DORTCH, 4828, STEVEN,AMR | **INTRAOSSEOUS** - INDICATION: PER PROTOCOL; TYPE: EZ IO; SIZE: 45MM (YELLOW); SITE: HUMERAL HEAD LEFT; SOLUTION: NORMAL SALINE; NUMBER OF BAGS: 1; TOTAL VOLUME: 200; ATTEMPTS: 1; PROCEDURE WAS: SUCCESSFUL; RESULT AFTER: UNCHANGED |
| | 24:58:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 44% ON O2 AT 15LPM; COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) |

|   |   |   |   |
|---|---|---|---|
|   |   |   | CLARK, MARIO<br>DOB: 07/02/1987 (31 YEARS)<br>SEX: MALE<br>CASE #: 61260939<br>DOS: 02/15/2019 |

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
|  | 24:58:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 9; COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) |
|  | 24:58:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) |
|  |  |  | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER |
|  |  |  | **VITALS** - BLOOD PRESSURE NOT TAKEN; PULSE: 0; PULSELESS; PULSE REGULARITY: ABSENT; PULSE STRENGTH: ABSENT; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: ASSISTED; PATIENT POSITION: SUPINE |
|  | 24:59:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 53% ON O2 AT 15LPM; COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) |
|  | 24:59:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 41% ON O2 AT 15LPM; COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
|  | 24:59:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - EPINEPHRINE (1:1,000)1MG/ML AMP (1ML)** - 1 MG INTRAOSSEOUS; RESULT AFTER: IMPROVED |
|  | 01:01:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - SODIUM BICARB 1 MEQ/ML SYRINGE** - 50 MEQ INTRAOSSEOUS; RESULT AFTER: UNCHANGED |
|  | 01:03:00 | ANN RODGERS | **INTUBATION** - INDICATION: CARDIAC ARREST; TYPE: ORAL; TUBE SIZE: 8.0MM; BLADE TYPE: CURVED BLADE (MAC); CUFFED: YES; # OF ATTEMPTS: 1; TUBE CONFIRMATION STEPS: AUSCULTATION OF BILATERAL BREATH SOUNDS,CONDENSATION IN TUBE,DIGITAL ETCO2 NUMERIC,ETCO2 WAVEFORM DETECTOR,NEGATIVE EPIGASTRIC SOUNDS,VISUALIZATION OF THE CHEST RISING WITH VENTILATION,VISUALIZATION OF TUBE PASSING THROUGH THE CORDS; CMS AT TEETH: 23; TUBE SECURED VIA: TUBE HOLDER (MECHANICAL); RESULT AFTER: IMPROVED; PROCEDURE WAS: SUCCESSFUL |
|  | 01:03:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - EPINEPHRINE (1:1,000)1MG/ML AMP (1ML)** - 1 MG INTRAOSSEOUS; RESULT AFTER: IMPROVED |
|  | 01:04:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 41; COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) |
|  | 01:04:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) |
|  |  |  | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER |
|  |  |  | **VITALS** - BLOOD PRESSURE NOT TAKEN; PULSE: 0; PULSELESS; PULSE REGULARITY: ABSENT; PULSE STRENGTH: ABSENT; PULSE TAKEN AT: CAROTID; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: ASSISTED; PATIENT POSITION: SUPINE |
|  | 01:04:00 | DORTCH, 4828, STEVEN,AMR | **PACING** - INDICATION: SYMPTOMATIC BRADYCARDIA; PRE-PACING RHYTHM: SINUS BRADYCARDIA; CAPTURE: YES; MILLIAMPS: 75; PULSE RATE SET AT: 80; RESULT AFTER: IMPROVED |
|  | 01:05:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 53% ON O2 AT 15LPM; COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) |

| PTA | TIME | CAREGIVER | PROCEDURE | |
|---|---|---|---|---|
| | 01:05:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 11; COMMENTS: ALARM APNEA (FROM LIFEPAK 'WIRED' MONITOR) | CLARK, MARIO DOB: 07/02/1987 (31 YEARS) SEX: MALE CASE #: 61260939 DOS: 02/15/2019 |
| | 01:06:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 80; COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:06:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | | | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER | |
| | | | **VITALS** - BP: 98/69; PULSE: 67; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: ASSISTED; PATIENT POSITION: SUPINE; MEAN ARTERIAL PRESSURE: 79 | |
| | 01:07:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - EPINEPHRINE (1:1,000)1MG/ML AMP (1ML)** - 1 MG INTRAOSSEOUS; RESULT AFTER: IMPROVED | |
| | 01:09:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 81; COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:09:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | | | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER | |
| | | | **VITALS** - BP: 111/71; PULSE: 61; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: ASSISTED; MEAN ARTERIAL PRESSURE: 84 | |
| | 01:09:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - ATROPINE SULFATE 0.1MG/ML PF SYRINGE** - 1 MG INTRAOSSEOUS; RESULT AFTER: IMPROVED | |
| | 01:11:00 | DORTCH, 4828, STEVEN,AMR | **FACILITY ACTIVATION** - ACTIVATION TYPE: CARDIAC ARREST ALERT; ACTIVATION METHOD: RADIO | |
| | 01:11:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 78% ON O2 AT 15LPM; COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:11:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 62; COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:13:00 | DORTCH, 4828, STEVEN,AMR | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 59; COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:13:00 | DORTCH, 4828, STEVEN,AMR | **VITAL SIGNS** - COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) | |
| | | | **GLASGOW COMA SCALE** - GCS EYES: 1; GCS VERBAL: 1; GCS MOTOR: 1; GCS SCORE: 3; GCS SCORE QUALIFIER: NO QUALIFIER | |
| | | | **VITALS** - BP: 176/144; PULSE: 97; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 12; RESPIRATORY DEPTH: ABSENT; RESPIRATORY EFFORT: ASSISTED; PATIENT POSITION: SUPINE; MEAN ARTERIAL PRESSURE: 155 | |
| | 01:13:00 | DORTCH, 4828, STEVEN,AMR | **MEDICATION ADMINISTRATION - EPINEPHRINE (1:1,000)1MG/ML AMP (1ML)** - 1 MG INTRAOSSEOUS; RESULT AFTER: IMPROVED | |
| | 01:14:00 | DORTCH, 4828, STEVEN,AMR | **PULSE OXIMETRY** - 99% ON O2 AT 15LPM; COMMENTS: VITAL SIGNS (FROM LIFEPAK 'WIRED' MONITOR) | |
| | 01:14:00 | DORTCH, 4828, | **CAPNOMETRY/CAPNOGRAPHY** - CO2 VALUE: 56; COMMENTS: VITAL SIGNS (FROM | |

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| | | STEVEN,AMR | LIFEPAK 'WIRED' MONITOR) |
| | 01:14:00 | DORTCH, 4828, STEVEN,AMR | **LEVEL OF CONSCIOUSNESS** - RESPONDS TO (AVPU): UNRESPONSIVE |
| | 01:14:00 | DORTCH, 4828, STEVEN,AMR | **PAIN SCALE** - 0 ON A SCALE OF 10; DIFFICULTY/CHALLENGES: ALTERED MENTAL STATUS |
| | 01:14:00 | DORTCH, 4828, STEVEN,AMR | **PUPILS** - LEFT PUPIL SIZE (MM): 4 MM; RIGHT PUPIL SIZE (MM): 4 MM |
| | 01:14:00 | DORTCH, 4828, STEVEN,AMR | **SKIN ASSESSMENT** - CAPILLARY REFILL: <2 SECONDS; PINK COLOR; CLAMMY MOISTURE; WARM TEMPERATURE |
| | 01:15:00 | DORTCH, 4828, STEVEN,AMR | **INTUBATION REASSESSMENT** - CONFIRMATION STEPS: AUSCULTATION OF BILATERAL BREATH SOUNDS,CONDENSATION IN TUBE,DIGITAL ETCO2 NUMERIC,VISUALIZATION OF THE CHEST RISING WITH VENTILATION,ETCO2 WAVEFORM DETECTOR,NEGATIVE EPIGASTRIC SOUNDS; TUBE IN PLACE: YES |
| | 01:15:00 | DORTCH, 4828, STEVEN,AMR | **LUNG SOUNDS** - UPPER RIGHT LUNG: CLEAR; UPPER LEFT LUNG: CLEAR; LOWER RIGHT LUNG: CLEAR; LOWER LEFT LUNG: CLEAR |

**CLARK, MARIO**
DOB: 07/02/1987 (31 YEARS)
SEX: MALE
CASE #: 61260939
DOS: 02/15/2019

## CARDIAC ARREST

**REASON FOR ARREST:** RESPIRATORY
**WITNESSED ARREST:** YES
**ARREST WITNESSED BY:** RESPONDING EMS (TRANSPORTING AGENCY)
**DISPATCHER CPR INSTRUCTIONS:** NO
**WHO FIRST PROVIDED CPR:** RESPONDING EMS (TRANSPORTING AGENCY)
**AED PRIOR TO EMS ARRIVAL:** NO

**FIRST KNOWN RHYTHM:** ASYSTOLE
**PATIENT FIRST DEFIBRILLATED BY:** NONE
**MECHANICAL ADJUNCTS USED:** NONE
**PULSE RETURNED:** YES
**SUSTAINED ROSC FIRST OCCURRED:** AFTER ALS TREATMENT
**PULSE UPON ARRIVAL AT HOSPITAL:** YES
**EVENT RESOLUTION:** ONGOING RESUSCITATION IN ED

## RUN COMPLETION

**PATIENT CONDITION UPON EMS ARRIVAL:** CRITICAL (RED)
**CONDITION OF PATIENT AT THE END OF EMS CARE:** CRITICAL (RED)

**OTHER CAREGIVERS**

**CAREGIVER NAME:** ANN RODGERS
**CERTIFICATION:** PARAMEDIC
**AGENCY:** AMR 418
**ROLE:**
**REASON FOR OTHER UNIT/TEAM TRANSPORT:**
**ARRIVED ON SCENE:** BEFORE AMR
**TIME CARE TRANSFERRED IN FIELD:**
**COMMENTS:**

**PRIVACY PRACTICES:** THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

## DELAY REASONS

**REASON OF RESPONSE DELAY:** CAU

## ATTACHMENTS

**PCR ID:** 2019021501281790454  **DEVICE:** HINDSMEDS094  **PRINTED:** 8/9/2023 02:24:07



# SUPPLIES REPORT

**CASE #:** 61260939  **PT. NAME:** MARIO CLARK  **DATE:** 02/15/2019

| Supply Description | Quantity |
| --- | --- |
| DISPOSABLE LINEN | 1 |
| DISPOSABLE SUPPLIES | 1 |
| PULSE OXIMETRY SUPPLIES | 1 |
| BLOOD PRESSURE MONITOR | 1 |
| OXYGEN | 1 |
| END TIDAL CO2 DETECTION SUPPLY | 1 |
| EKG MONITOR ELECTRODES SUPPLY | 1 |
| IV/IO INF SUP 1 BAG OF FLUID | 1 |
| LARYNGOSCOPE BLADE | 1 |
| DISP BAG VALVE MASK/ADULT | 1 |
| EKG MONITOR | 1 |
| ECG AT LEAST 12 LEAD | 1 |
| SPINAL IMMOBILIZATION | 1 |
| INTUBATION SUPPLIES | 1 |
| ATROPINE | 1 |
| SODIUM BICARB | 1 |
| EPI 1:1,000 | 4 |

CASE #:61260939  
PCR ID:20190215012817790454  
UNIT ID:422  
PT # 1 OF 1

PAGE 1 OF 1  
PT:MARIO CLARK

PRINTED:8/9/2023 02:24:07

https://medsviewer.amr.net/#/report?hipaaReason=Medical Records&isInternalUser=true&pcrIds=20190215012817790454  8/13



# AMR CENTRAL MS
## PRE-HOSPITAL CARE REPORT SIGNATURES

**CASE #:** 61260939          **UNIT ID:** 422          **DATE:** 02/15/2019

### AMR CENTRAL MS CREW MEMBERS

**CREW 1**
**NAME:** DORTCH, 4828, STEVEN, AMR
**NUMBER:** 1014637
**CERTIFICATION:** PARAMEDIC

**CREW 2**
**NAME:** CLOUD, 5075, BRETT, AMR
**NUMBER:** 1016996
**CERTIFICATION:** EMT

### OTHER CAREGIVERS

**NAME:** ANN RODGERS
**AGENCY:** AMR 418
**CERTIFICATION:** PARAMEDIC
**REASON FOR OTHER CAREGIVER:**

NO SIGNATURE FOUND

**PCR ID:** 2019021501281790454     **DEVICE:** HINDSMEDS094     **PRINTED:** 8/9/2023 02:24:07

# American Medical Response

Run Number: 61260939  
Patient Name: MARIO CLARK  
Destination: Central MS Medical Center, 1850 Chadwick Dr., Jackson, MS 39204  

Date and Time of Transport: 2/15/2019 01:10:41

I acknowledge that I am legally responsible for the ambulance services provided to me. I request and assign payment of authorized Medicare benefits and/or other insurance benefits be made on my behalf to AMR directly for any ambulance services and supplies furnished to me by AMR whether in the past, now, or in the future. I authorize any holder of medical information about me or other relevant documentation about me to release to the Centers for Medicare and Medicaid Services and its agents and contractors, any and all appropriate third party payers and their respective agents and contractors, as well as AMR, any information or documentation in their possession needed to determine these benefits and/or the benefits payable for related services whether in the past, now or in the future. I agree to cooperate with AMR or its agent in collecting any such benefits. I acknowledge that I have been provided with a copy of AMR's Notice of Privacy Practices. I expressly authorize AMR, its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, to contact me or any responsible party at any telephone number (including numbers assigned to any paging, cellular, or mobile service, or any service which charges for the call) mailing address, e-mail address, or any other electronic address used by, or associated with, me or any responsible party and obtained through any source (including any telephone number I, any responsible party, or any party accompanying me at the time of service, have provided previously or may provide in the future) for the purpose of resolving any unpaid balances or any other pertinent issues regarding this account. I expressly agree any such contact by AMR, its related corporate entities, associates, agents, servicers, debt collectors and independent contractors, may be through any means (including a dialer, automatic telephone dialing system, predictive dialer, interactive voice recognition system, pre-recorded or artificial voice, pre-set email messages, or any pre-set electronic messages delivered by any other electronic messaging or text messaging system). Patient or Guarantor agrees and acknowledges any e-mail address or any other electronic address Patient or Guarantor provides to AMR is Patient's or Guarantor's private address, is not owned or furnished by their employer and cannot be accessed by unauthorized third parties. Patient or Guarantor also authorizes AMR or its agents or associates to obtain a credit report to assist in the collection of any unpaid balances. Nothing herein shall relieve me from the direct financial responsibility for any charges not paid by an insurer. I further agree to send promptly to AMR any payments that an insurer forwards to me.

_Signature of Patient_                                    _Date_

## REPRESENTATIVE SIGNATURE

**Reason Patient could not Sign :**

_Signature of Representative_     _Printed Name of Representative_     _Date_

## FACILITY SIGNATURE

**Complete this section only if you are unable to obtain the signature of the patient or authorized representative listed above.**  
**Reason Patient could not Sign:** Cardiac Arrest

By signing below, I certify that the above named patient was physically or mentally incapable of signing at the time of transport and that none of the individuals listed in 42 C.F.R. $424.36(b)(1)-(3) was available or willing to sign the claim on behalf of the beneficiary.

_Crew Signature_                  2/15/2019  
                                  _Crew Date_

This section is to be complete by a representative of the receiving facility, whenever you are unable to obtain the signature of the patient or an authorized representative. Note: The crew must also complete the "Crew Signature" Section above.

**Name and Location of Facility** Central MS Medical Center, 1850 Chadwick Dr.

The above named patient, as described by AMR, was received by our facility, which provided care or assistance to the patient, on the date and time set forth above.

_Signature of Receiving Representative_              2/15/2019  
                                                     _Date_

NEIL KNIGHT                                Registered Nurse  
_Printed Name of Receiving Facility Representative_     _Title_

*AMR is required to obtain this form in order to submit a claim for payment to Medicare or other third party payer. This Signature is not an acceptance of financial responsibility for the patient.*

---

CASE #:61260939                        PAGE 1 OF 1                    PRINTED:8/9/2023 02:24:07  
PCR ID:2019021501281790454             PT:MARIO CLARK                 DEVICE NAME:HINDSMEDS094  
DATE:02/15/2019                                                       PT # 1 OF 1:8/9/2023 02:24:07

# CREW SAFETY MEASURES

| Crew | Safety Measures |
|---|---|
|  |  |

# CHECKPOINT AUDIT TRAIL

SITE: JACKSON

PCR ID: 2019021501281790454

| DATE ENTERED CHECKPOINT | CASE NUMBER | DOS | TOTAL AGE(HRS) | IS TRIP IN CHECKPOINT |
|---|---|---|---|---|
| | | | | |

| QUEUE NAME | TIMER ENTERED QUEUE | TIME SUBMITTED | HOURS PRESENT | SUBMITTED/MOVED BY | SUBMITTED METHOD |
|---|---|---|---|---|---|
| | | | | | |

| FIELD NAME | OLD VALUE | NEW VALUE | TIME MODIFIED | MODIFIED BY |
|---|---|---|---|---|
| | | | | |