# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# CIVIL DIVISION

SHEILA RAGLAND,

    PLAINTIFF,

v.

CITY OF JACKSON ET AL.

    DEFENDANTS,

CASE NO. 3:22-cv-69-DPJ-FKB

## PLAINTIFF'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT [DOC. 64]

Now comes Plaintiff, by and through counsel, with consent of opposing counsel, pursuant to the Federal Rules of Civil Procedure and the Uniform Rules of the Southern District for the State of Mississippi, and hereby files this motion for extension of time to respond to Defendant's Motion for Summary Judgement [Doc. 64].

Plaintiff's counsel has extensive litigation obligations that require this request. Plaintiff has obtained consent from opposing counsel and we have agreed that Plaintiff's response to Doc. 64 shall be due no later than November 8, 2023. Please see the attached e-mail of this correspondence between counsel.

Respectfully submitted on 10/17/ 2023 by:

  /s/ MALIK SHABAZZ ESQ /S/
**MALIK SHABAZZ, Esq.**

1

The Law Office of Malik Shabazz, Esq.
D.C. Bar # 458434
6305 Ivy Lane,
Suite 608
Greenbelt, MD 20770
Email:Attorney.shabazz@yahoo.com
Tel: (301) 513-5445
Fax: (301) 513-5447
(Lead counsel for Plaintiff)


 /S/ TRENT WALKER ESQ /S/
**TRENT WALKER, Esq.**
The Law Offices of Trent Walker
M.S.B. #10475
5245 Keele Street
Suite A
Jackson, Mississippi
39206
Email: Trent@Trentwalkeresq.com
(Co-Counsel)
(601) 321-9540

## **CERTIFICATE OF SERVICE**

      I, the undersigned attorney, do certify that I have this date emailed a copy of this Motion to all attorneys of record and Defendant's counsel has received this motion via ECF.

*s/ Malik Z. Shabazz, Esq.*
10//17/23

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# CIVIL DIVISION

| | |
|---|---|
| SHEILA RAGLAND, | ) |
| PLAINTIFF, | ) ) ) |
| vi. | ) CASE NO. 3:22-cv-69-DPJ-FKB ) ) |
| CITY OF JACKSON ET AL. | ) ) ) |
| DEFENDANTS, | |

## ORDER

Upon consideration of PLAINTIFF'S CONSENT MOTION to extend the response time to Defendant Motion for Summary Judgment [DOC. 64], having considered all arguments, having found good cause, hereby ORDERS Plaintiff's Motion as GRANTED by the Court on this ___ day of _____ 2023,

It is hereby ORDERED the new response deadline time by Plaintiff is as follows: The deadline for the Plaintiff to respond Defendants MOTION FOR SUMMARY JUDGMENT [DOC. 64] in this matter is extended until November 8, 2023.

_____
U.S. DISTRICT COURT JUDGE
Daniel P. Jordan III