# Exhibit "B" – Preliminary Pathologic Examination Report




**Mississippi State Medical Examiner's Office**
215 Allen Stuart Drive
Pearl, MS 39208
601-420-9140

## PATHOLOGICAL EXAMINATION

**CASE:** ME19-0181  **COUNTY:** Hinds

**NAME OF DECEDENT:** Mario Clark  **SEX:** Male  **AGE:** 31 yoa

**DATE OF EXAMINATION:** February 21, 2019

**PRIMARY DIAGNOSIS**

Blunt force injuries:
 Abrasions and contusions of skin
 Lacerations of liver
 Hemoperitoneum
Mechanical/positional asphyxia/ strangulation
 Scleral hemorrhages
 Conjunctival petechiae, bilateral
 Hemorrhages of anterior neck soft tissue

**CAUSE OF DEATH:**    Blunt force injuries with probable asphyxial component

**MANNER OF DEATH:**    Homicide

**J. Brent Davis, M.D, State Medical Examiner**  **Date:** February 22, 2019

CERTIFIED COPY
I hereby certify that this is a true and accurate copy of the records on file at the Office of the Medical Examiner, Jackson, MS.
By _____ Date 11/9/23